# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **FIRST AMENDED CRIMINAL COMPLAINT** |
| v. | |
| **CORY R. FAGAN** | **DOCKET NUMBER:** 6:17-mj-00050-mjs |

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Cory R. FAGAN did violate:

**Count 1:** Operating or being in actual physical control of a motor vehicle while alcohol concentration in the operator's breath is 0.08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations §4.23(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operating or being in actual physical control of a motor vehicle while under the influence of alcohol to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations §4.23(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Driving while license suspended for prior DUI, in violation of Title 36 Code of Federal Regulation 4.2(b), incorporating California Vehicle Code 14601.2(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On July 15, 2017, at approximately 6:58 p.m., Yosemite Dispatch received a report of fight in progress at Upper Pines Campground site 501, within Yosemite National Park. Rangers Phil Johnson, Jack Hoeflich, Jason Montoya, Josh Wentz and Adam Dermish responded. Ranger Hoeflich arrived on-scene at the campsite and contacted Witness One who informed him she had been in a verbal argument with a male, later identified as Cory FAGAN, who had been drinking, and although not licensed to drive, had driven away from

Speedy Trial Act Applies: No

U.S. v. CORY FAGAN
Criminal Complaint

the campsite in a white Ford utility truck. The witness further reported FAGAN had hit a post as he drove away from the campsite. At approximately 7:12 p.m., Rangers Dermish and Wentz arrived at Upper Pines Campground, and before pulling into the campground, they observed a white Ford truck matching the description pulling into the campground. Rangers Dermish and Wentz initiated a traffic stop and contacted the driver, FAGAN. Upon approaching the vehicle Ranger Dermish had to instruct FAGAN to remain in the vehicle and show his hands twice. Ranger Dermish asked FAGAN to step out of the vehicle, and when FAGAN was outside, Ranger Dermish placed him in handcuffs, and frisked him for weapons with no findings. Ranger Dermish then had FAGAN sit down while he advised him of his Miranda rights. FAGAN stated he understood his rights, and he agreed to talk with Ranger Dermish. While speaking with FAGAN, Ranger Dermish could smell the odor of alcoholic beverage on FAGAN'S breath, and he observed FAGAN had glassy and red eyes. In response to Ranger Dermish's questions, FAGAN stated he had consumed four alcoholic drinks.

Ranger Dermish conducted Standardized Field Sobriety Tests (SFSTs) which resulted in numerous signs of intoxication including a preliminary breath test which indicated FAGAN'S BAC was 0.188%. Ranger Dermish placed FAGAN was placed under arrest transported him to Yosemite Valley Holding Facility. At 8:49 p.m., an evidentiary breath test indicated FAGAN had a BAC of 0.150%. During a subsequent search of FAGAN'S vehicle, Ranger Dermish located five empty "Coors Light" beer cans in the passenger compartment. Additionally, Yosemite Dispatch informed Ranger Dermish that FAGAN'S driver's license was suspended for a prior DUI.

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_8/3/17_
Date

Susan St. Vincent
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence, in Yosemite National Park, California.

_8/3/17_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. CORY FAGAN
Criminal Complaint