HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CORY FAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00050-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | |
| CORY FAGAN, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Cory Fagan, that the Court continue the November 28, 2017 hearing to February 27, 2018.

    Mr. Fagan is in compliance with the terms of his pretrial release, and the parties need more time to determine how to proceed on this case. Accordingly, the parties request that the matter be continued to February 27, 2018.

//

//

//

//

//

|     |                          |                                                        |
| --- | ------------------------ | ------------------------------------------------------ |
|     |                          | Respectfully submitted,                                |
|     |                          | PHILLIP A. TALBERT<br>United States Attorney           |
|     | Date: November 20, 2017  | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|     |                          | HEATHER E. WILLIAMS<br>Federal Defender                |
|     | Date: November 20, 2017  | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>CORY FAGAN |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 28, 2018 hearing for Cory Fagan, Case No. 6:17-mj-00050-MJS, is continued to February 27, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 20, 2017          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

Fagan: Stipulation to Continue