| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>CORY R. FAGAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00050-MJS |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING AND MOTION TO CONTINUE; ORDER** |
| vs. | |
| CORY R. FAGAN, | Hon. Michael J. Seng<br>Date: March 28, 2018 |
| Defendant. | Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Cory R. Fagan, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing and that he be allowed to appear by video from the United States District Court in Bakersfield, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Fagan to appear by video for plea and sentencing.

Mr. Fagan is currently working in Bakersfield, California. Appearing via video from Bakersfield will save Mr. Fagan substantial time and expense. Accordingly, Mr. Fagan respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in Bakersfield, California, for purposes of plea and sentencing.

Finally, to give the parties sufficient time to prepare for plea and sentence, the parties ask

that Mr. Fagan's hearing be reset for March 28, 2018.

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Date: February 23, 2018     /s/ *Hope Alley*  
                                           HOPE ALLEY  
                                           Assistant Federal Defender  
                                           Attorney for Defendant  
                                           CORY R. FAGAN

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the plea and sentencing hearing in Case No. 6:17-mj-00050-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Mr. Fagan make suitable and timely arrangements to appear by video from the United States District Court in Bakersfield, California, AND SUBMIT A FULLY EXECUTED WRITTEN PLEA AGREMENT TO THE COURT AT LEAST 48 HOURS BEFORE THE HEARING.  It is further ordered that Mr. Fagan's hearing shall be continued to March 28, 2018 at 10 a.m.

IT IS SO ORDERED.

Dated:   February 23, 2018                          /s/ *Michael J. Seng*  
                                                               UNITED STATES MAGISTRATE JUDGE