Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CORY FAGAN,<br><br>Defendant. | Docket Number: 6:17-MJ-00050-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

    The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 2, 2019. The Defendant was ordered to complete a Multi-Offenders DUI program and pay a $2400 fine. Although there is no proof of program enrollment or payment as of March 25, 2019, the judgment ordered payment of the fine and completion of the course within 22 months of the 24 month term of probation. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on March 28, 2018.

Dated: March 26, 2019                                  NATIONAL PARK SERVICE

                                                                             _____
                                                                             Susan St. Vincent
                                                                             Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for April 2, 2019 in the above referenced matter, *United States v. Fagan, 6:17-MJ-00050-JDP*, be vacated.

IT IS SO ORDERED.

Dated:  March 26, 2019                                    _____
                                                          UNITED STATES MAGISTRATE JUDGE